IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-06781 ESL

MAYRA SANTIAGO COLON

Chapter 7

XXX-XX-6634

FILED & ENTERED ON 06/01/2011

Debtor(s)

**ORDER**

The motion filed by Reliable Financial Services Inc (docket #52) is hereby denied. However , Debtor shall forthwith surrender the vehicle to Reliable

IT IS SO ORDERED.

San Juan, Puerto Rico, this 01 day of June, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
NOREEN WISCOVITCH RENTAS
RELIABLE FINANCIAL SERVICES